# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH WASHINGTON, ) | 2:11cv676 |
| ) | Electronic Filing |
| Plaintiff, ) | |
| ) | Judge David Stewart Cercone |
| v. ) | Chief Magistrate Judge Lenihan |
| ) | |
| ALLEGHENY COUNY JAIL, DR. ) | |
| YOUNGUE, UNKNOWN ELDERLY ) | |
| (AFRICAN AMERICAN) NURSE ) | |
| FEMALE, and C.O. 1 MORRIS, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation filed by Chief Magistrate Judge Lisa Pupo Lenihan on January 11, 2013. (ECF No. 33.) Judge Lenihan recommended that the Motion to Dismiss filed by Defendants Dr. Youngue and the Unknown Elderly (African American) Female Nurse (ECF No. 26) be granted, that Plaintiff's Amended Complaint be dismissed in its entirety against all Defendants because Plaintiff's claims are barred by the applicable statute of limitations, and that this case be closed.

The parties were served with the Report and Recommendation and informed that they had until January 28, 2013, to file written objections. As of the date of this Order, however, no objections have been filed. As such, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

AND NOW, this 19th day of February, 2013,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Dr. Youngue and the Unknown Elderly (African American) Female Nurse (ECF No. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is dismissed in its entirety against all Defendants because Plaintiff's claims are barred by the applicable statute of limitations.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 33) dated January 11, 2013, is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

David Stewart Cercone
United States District Judge

cc: Keith Washington
Register #32979068
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505
*Via U.S. Postal Mail*

Stanley A. Winikoff, Esquire
*Via ECF Electronic Mail*